IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**LARRY D. GREENLEE,**

**Defendant.** No. 12-30057-DRH

## ORDER

**HERNDON, Chief Judge**:

Now before the Court is defendant's April 10, 2012 motion to continue trial (Doc. 13). Defendant states that he needs additional time for pretrial matters. The government does not object. The Court being fully advised in the premises finds that defendant needs additional for pretrial matters. The Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** defendant's motion to continue trial (Doc. 13). The Court **CONTINUES** the jury trial scheduled for April 30, 2012 to **Monday, June 4, 2012, at 9:00 a.m.** The time from the date the original motion was filed, April 10, 2012, until the date to which the trial is rescheduled, June 4, 2012, is excludable

time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 10th day of April, 2012.

David R. Herndon
2012.04.10
14:14:26 -05'00'

**Chief Judge**
**United States District Court**